TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00026-CV

Sinton Manor, Appellant

v.

Texas Department of Human Services, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 99-09432, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion stating that they have settled their dispute and
want this Court to dismiss this appeal. We grant their motion and dismiss this appeal.

Before Justices Kidd, B. A. Smith, and Puryear

Dismissed on Joint Motion

Filed: May 10, 2001

Do Not Publish